-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LOIS REDDICK,

        Plaintiff,

-v-

ACTION FOR A BETTER COMMUNITY,

        Defendant.

**DECISION AND ORDER**
**11-CV-6522CJS**

Plaintiff has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant this request, it needs sufficient information on which to base its determination.

Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request. Specifically, the information provided does not clearly give the information requested on the Court's form application. In addition, plaintiff appears to indicate that her resources are being spent to support an adult son in another state. Plaintiff is directed to provide information on the application for all persons who are legally dependent on plaintiff, or on whom plaintiff is legally dependent. Because the Court cannot grant the request on the basis of the information included in the application, plaintiff may have until **December 1, 2011** to submit a new application which includes all the necessary information, including the additional information described above.

The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **December 1, 2011**, plaintiff must <u>either</u> submit a newly-completed application form which includes all of the above-described additional information needed for the Court's determination of the request <u>or</u> pay the full filing fee of $ 350.00. Plaintiff is forewarned that failure to comply with this order by either submitting a new and complete application or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this order by December 1, 2011, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

IT IS SO ORDERED.

                                             _____
                                             HONORABLE RICHARD J. ARCARA
                                             DISTRICT COURT

Dated: _Nov. 1_, 2011